IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY WALKINHAWK,

    Plaintiff,                      No. CIV S-07-0905 RRB EFB P

    vs.

DAVID B. LONG, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint pursuant to the court's August 14, 2007 order. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's August 24, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

    So ordered.

DATED: September 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE