IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY WALKINHAWK,

        Plaintiff,

  vs.

DAVID B. LONG, et al.,

        Defendants.

Case No. 2:07-cv-00905 JKS EFB P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On November 14, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      In August 2007, the magistrate judge screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a), and dismissed it with leave to amend. This Court has reviewed the Complaint and concurs with the magistrate judge that it is deficient because Plaintiff has failed to allege how the new devotional schedule has violated his rights. Moreover, as Plaintiff failed to file an amended

complaint within thirty days as directed, this case shall be dismissed without prejudice pursuant to Local Rule 11-110 and Fed. R. Civ. P. 41(b).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed November 14, 2007, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER